# UNITED STATES DISTRICT COURT

for the

Middle District of Louisiana

Neltemis H Hts Cooling
Construction
Clarence D Johnson

*Plaintiff*

v.

David Malpnass
CPC
World Bank Covig
Queen Elizabeth U, N.

*Defendant(s)*

Case Number: _____

(Clerk's Office will provide)

# PRO SE CIVIL RIGHTS COMPLAINT
## (Non-Prisoner)

## I.   JURISDICTION

Subject matter jurisdiction is invoked under 28 U.S.C. § 1331, 28 U.S.C. § 1343(a)(3), and/or 42 U.S.C. § 1983. List any additional bases for federal subject matter jurisdiction here: International Law, Federal

## II.   PARTIES

**Plaintiff:**

A.   Plaintiff, a citizen of ___Illinois___ (state), who resides at 3150 N. Racihe Ave #219 Chicago alleges that his/her civil rights were violated by the individual(s) named below.

**Defendant #1:**

B.   Defendant ___David malpnass___ is employed as
        (a)          (Name of First Defendant)
___World Bank Directors United nation___
        (b)          (Position/Title)

(10/2010)

with _____ *World Bank 202-473-1000*
(c)    (Employer's Name and Address)

_____ *20433 /818 H st NW wash DC*

At the time the claim(s) alleged this complaint arose, was Defendant #1 employed by the state, local, or federal government? ☑ Yes ☐ No

If your answer is YES, briefly explain: *Covid 19 CDC world Pandemics*

Check one of the following:

☑ This defendant **personally participated** in causing my injury, and I want **money damages**.

☑ The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone to something).

**Defendant #2:**

C.    Defendant _____ *American Med Association* is employed as
(Name of Second Defendant)

_____ *Owner / Directors (312) 464-4782*
(Position/Title)

with _____ *AMA plaza 330 N. wabash ave*
(Employer's Name and Address)

_____ *Suite 39300 Chicago Il 60611*

At the time the claim(s) alleged in this complaint arose, was Defendant #2 employed by the state, local, or federal government? ☑ Yes ☐ No

If you answer is YES, briefly explain: *world Pandemic CPC Medical Clinics*

Check one of the following:

☑ This defendant **personally participated** in causing my injury, and I want **money damages**.

☑ The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone to something).

(10/2010)

**Defendant #3:**

D.    Defendant ___CDC Government___ is employed as
(Name of Third Defendant)

___Owner's Directors___
(Position/Title)

with ___30333 1600 Clifton RD Atlanta GA___
(Employer's Name and Address)

___404-639-3311___

At the time the claim(s) alleged in this complaint arose, was Defendant #3 employed by the state, local, or federal government? ☒ Yes  ☐ No

If you answer is YES, briefly explain:

Self explanatory

Check one of the following:

 This defendant **personally participated** in causing my injury, and I want **money damages**.

 The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone to something).

**Additional Defendant(s) (if any):**

E.    Using the outline set forth above, identify any additional Defendant(s), using additional pages, if necessary.

Arsela Byens FBF
S13-421
4310
Vice President Kamala Harris

Alayme Frankson Wallace
United Nation Secretariat 212-963-4475

Queen Elizabeth
United Nation's
U.S conflict of interest

(10/2010)

**V.      REQUEST FOR RELIEF** (*check as many boxes as appropriate*)

Plaintiff requests that the court grant the following relief:

Compensatory damages in the amount of $ _Contract Law firm_

Punitive damages in the amount of $ _____ 1-800-843-3476

An ordering requiring defendant(s) to:

A declaration that: _Competent Federal marshall prog ham_

_foreign Policy Judges_

Other:

**VI.      JURY DEMAND** (*check one box below*)

Plaintiff ⬤does or ◯ does not request a trial by jury.

## DECLARATION UNDER FEDERAL RULE OF CIVIL PROCEDURE 11

I certify to the best of my knowledge, information, and belief, that this complaint is in full compliance with Rule 11(a) and 11(b) of the Federal Rules of Civil Procedure. The undersigned also recognizes that failure to comply with Rule 11 may result in sanctions.

Signed on: 9/19/2021
(date)

_____
Signature of Plaintiff

3150 N. Racine Ave #219
Street Address

Clarence PJohnson
Printed Name

Chicago Il 60657
City, State, Zip

(10/2010)

## III.    PREVIOUS LAWSUITS

A.    Have you begun any other lawsuits in this federal court?
☐ Yes ☒ No

B.    If your answer to "A" is YES, describe each lawsuit in the space below. If there is more than one lawsuit, you must describe the additional lawsuits on another sheet of paper using the same outline.

1.    Parties to previous lawsuits:

Plaintiff(s):

None in this court

Defendant(s):

2.    Case number:

3.    Name of Judge to whom case was assigned:

4.    Disposition of case (for example: Was the case dismissed? Was it appealed? Is it still pending?):

(10/2010)

## IV.    STATEMENT OF CLAIM

State here, as briefly as possible, when, where, how, and by whom you feel your constitutional rights were violated. Do not include legal arguments or citations. If you wish to present legal arguments or citations, file a separate memorandum of law. If you intend to allege several related claims, number and set forth each claim in a separate paragraph.

Due Process
Law Crimes
Foreign Policy
Biden
Trump
Administration.

See Angela Byus
f BI
513-421-4310

(10/2010)