## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

JOHNSON

CIVIL ACTION

VERSUS

21-561-SDD-SDJ

MALPRASS, ET AL.

### RULING

The Court has carefully considered the *Complaint,*[1] the record, the law applicable to this action, and the *Report and Recommendations*[2] of United States Magistrate Judge Scott Johnson, dated October 15, 2021, to which no opposition was filed.

The Court hereby approves the *Report and Recommendations* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**,

**IT IS HEREBY ORDERED** that this action shall be TRANSFERRED to the Northern District of Illinois, Eastern Division.

Signed in Baton Rouge, Louisiana the *1st* day of ~~November~~ *December*, 2021.

**CHIEF JUDGE SHELLY D. DICK**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

---

[1] Rec. Doc. 1.
[2] Rec. Doc. 5.